prevent crime ..." *State v. Olds*, 603 S.W. 2d 501, 511 (Mo. banc 1980).

The argument was in part directed at the need for law enforcement as approved in *Olds*. It was in part a response to defendant's argument which concluded the jury had a duty to find the defendant not guilty. To that extent it was invited. Unfortunately, it also appealed to the jury to convict so as to prevent this defendant from committing future burglaries. This argument was, of course, not based upon evidence nor can it be justified by a claim of invitation or as a call for legitimate law enforcement. This part of the argument was improper and subject to objection. But no objection was made and we find no manifest injustice resulted. *See State v. Davis*, 684 S.W.2d at 44. We are not persuaded that this argument had a decisive impact on the jury's determination. Point denied.

We affirm.

KELLY and SMITH, JJ., concur.

Ronald R. McMillin, Jefferson City, for Vincent Roofing Co.

William A. Atkinson, Columbia, for Frangkiser & Hutchens, Inc.

### ORDER

PER CURIAM.

Plaintiff, Linn Reorganized School District II of Osage County, appeals from the grant of the motions for directed verdicts in favor of defendants, Butler Manufacturing Co., Frangkiser & Hutchens, and Vincent Roofing Co., in an action for breach of warranty and for negligence, in which the school district sought to recover for damages which were the result of a leaky roof on a field house. An extended opinion on the issues raised in this appeal would have no jurisprudential value. Frangkiser and Hutchens, Inc.'s motion to dismiss this appeal is overruled. The judgment of the trial court is affirmed in accordance with Rule 84.16(b).

---

**LINN REORGANIZED SCHOOL DISTRICT II OF OSAGE COUNTY,
Plaintiff–Appellant,**

v.

**FRANGKISER & HUTCHENS, INC., Butler Manufacturing Company, and Vincent Roofing Company, Defendants–Respondents.**

No. 52631.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 3, 1987.

Robert L. Hyder and Steven J. Bratten, Jefferson City, for plaintiff-appellant.

Thomas J. Wheatley and Timothy K. McNamara, Kansas City, for defendant-respondent, Butler Mfg. Co.

**Stephen E. ERNST, et al.,
Plaintiffs–Appellants,**

v.

**Edward Alan DOWDY, et al.,
Defendants–Respondents.**

No. 51559.

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 3, 1987.